IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDDIE RODRIGUEZ-MELENDEZ** | : | CIVIL ACTION NO. 1:14-cv-12 |
| | : | |
| **Plaintiff** | : | (Judge Kane) |
| | : | (Magistrate Judge Mehalchick) |
| v. | : | |
| | : | |
| **DAUPHIN COUNTY DRUG TASK FORCE, et al.,** | : | |
| | : | |
| **Defendants** | : | |

# O R D E R

Before the court in the captioned action is a December 2, 2014 Report and Recommendation of the Magistrate Judge.   No timely objections have been filed.

Accordingly, upon review of the record and the applicable law,  **IT IS HEREBY ORDERED THAT** the Court adopts the Report and Recommendation of Magistrate Judge Mehalchick.

1) Defendants Dauphin County Drug Task Force and the Pennsylvania Attorney General's Office (Doc. No. 22) are **DISMISSED** from this action for failure to state a claim;

2) The Clerk's office is directed to remove and dismiss Defendant Drug Task Force of the Harrisburg Police Department from this caption and action pursuant to Court Order (Doc. No. 20);

3) Plaintiff is directed to provide the Court with an address at which Defendant Eric C. Shufflebottom be served with a copy of the amended complaint; and

4) This matter is **REMANDED** to Magistrate Judge Mehalchick for further proceedings.

*s/ Yvette Kane*
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania

Dated: January 5, 2015