**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **EDDIE RODRIGUEZ MELENDEZ,** | : | **No. 1:14-cv-00012** |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | |
| | : | **(Judge Kane)** |
| **DRUG TASK FORCE OF THE** | : | |
| **HARRISBURG POLICE** | : | |
| **DEPARTMENT, et al.,** | : | **(Magistrate Judge Mehalchick)** |
| **Defendants** | : | |

## ORDER

**AND NOW,** on this 25th day of March 2015, **IT IS HEREBY ORDERED THAT**:

1.  Plaintiff's objections to Magistrate Judge Mehalchick's Report and Recommendation are **OVERRULED**; and

2.  The Court's order of January 5, 2015, adopting Magistrate Judge Mehalchick's Report and Recommendation will remain undisturbed.


S/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania