IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDDIE RODRIGUEZ-MELENDEZ** | : | CIVIL ACTION NO. 1:14-cv-12 |
| | : | |
| Plaintiff | : | (Judge Kane) |
| | : | (Magistrate Judge Mehalchick) |
| v. | : | |
| | : | |
| **DAUPHIN COUNTY DRUG TASK FORCE, et al.** | : | |
| | : | |
| Defendants | : | |

## O R D E R

Before the Court in the above-captioned action is the July 8, 2016 Report and Recommendation of the Magistrate Judge. No timely objections have been filed.

**AND NOW**, on this 2nd day of August 2016, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation (Doc. No. 49) of Magistrate Judge Mehalchick.

2) Defendant Eric C. Shufflebottom's motion to dismiss, or in the alternative, motion for summary judgment (Doc. No. 45), is **GRANTED**.

3) John Doe Defendants are dismissed from this action in accordance with the requirements imposed by Rule 4(m) of the Federal Rules of Civil Procedure.

4) The Clerk of Court shall **CLOSE** this case.

*S/ Yvette Kane*
YVETTE KANE, District Judge
United States District Court
Middle District of Pennsylvania